UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA D. PERDUM,<br><br>　　Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>　　Defendant. | Civil Action File No.:<br>1:17-cv-00972-SCJ-JCF |

## **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**A.  Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. is a wholly owned subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly traded company and no other publicly traded entity owns more than 10% of the stock of Wells Fargo & Company; and**

**B.  Cynthia Perdum.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**A. Wells Home Mortgage; and**

**B. Cynthia Perdum.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**A.** **Dylan W. Howard**

**B.** **Betsy N. Burns**

Respectfully submitted this 29th day of March, 2018.

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.**
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 577-6000
Facsimile: (404) 221-6501
dhoward@bakerdonelson.com
bburns@bakerdonelson.com

/s/   Dylan W. Howard
Dylan W. Howard
Georgia Bar No. 370267
Betsy N. Burns
Georgia Bar No. 161820
*Attorneys for Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A.*

# CERTIFICATE OF SERVICE

This is to certify a copy of the **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** by the CM/ECF online filing system with the U.S. District Court for the Northern District of Georgia which will automatically send email notification to all counsel of record:

Cynthia D. Perdum *pro se*
5100 King Arthur Lane
Ellenwood, Georgia 30294
*(via U.S. Mail only)*

This 29th day of March, 2018.

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.**<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road, N.E.<br>Atlanta, Georgia 30326<br>Phone:  (404) 577-6000<br>Facsimile:  (404) 221-6501<br>dhoward@bakerdonelson.com<br>bburns@bakerdonelson.com | /s/   Dylan W. Howard<br>Dylan W. Howard<br>Georgia Bar No. 370267<br>Betsy N. Burns<br>Georgia Bar No. 161820<br>*Attorneys for Defendant Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A.* |