FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 11 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA PERDUM, | }<br>}<br>} |
| Plaintiff, | } CIVIL ACTION<br>} FILE No. 1:17-cv-00972-SCJ-JCF |
| v. | }<br>} |
| WELLS FARGO HOME MORTGAGE; | }<br>}<br>} |
| Defendants | }<br>} |

PLAINTIFF'S MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING, OR IN THE ALTERNATIVE TO AT LEAST RECEIVE ELECTRONIC NOTIFICATION AND SERVICE OF DOCUMENTS FILED

COMES NOW, Plaintiff, Cynthia Perdum ("Ms. Perdum", or "Plaintiff"), proceeding respectfully files *Plaintiff's Motion for Permission for Electronic Case Filing, or in the Alternative, to At Least Receive Electronic Notification and Service of Documents Filed*.

Ms. Perdum respectfully asks the Court for permission to participate in electronic case filing ("e-filing") in this case. She declares under penalty of perjury the following facts:

1. I have had a Pacer Account for a long time.

2. I have reviewed and downloaded the Court's Electronic Case Filing User's Manual which is available at: http://www.gand.uscourts.gov/ecf-user-manuals.

3. I have also reviewed and downloaded the Revised Electronic Case Filing Standard Order & Administrative Procedures, http://www.gand.uscourts.gov/local-rules, Appendix H.

4. I recently lost my legal counsel, through no fault of my own, and have filed a motion pursuant to N.D.Ga. L.R. 83.1D(2), wherein I requested permission to proceed Pro Se, until such time that I locate and retain, competent legal counsel.

5. I have successfully, without incident been using e-filing in State Courts in Georgia, as well as in Florida.

6. I realize that if I am granted permission to e-file, that I am obligated from that time forward, to e-file all my submissions, and will not be allowed to submit documents in any other method, without having either a mechanical failure, or good reason for this Court to Grant a request for any other reason.

7. I have the understanding of how to convert a document to PDF-A format, and the proper programs to convert into the proper format.

8. I have a stable, safe email account to receive notifications from the Court and notices from the e-filing system.

9. I possess a scanner to convert documents that are only in paper format, into electronic files.

10. I have the necessary DPF readers and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed.

11. I possess a printer and copier to create required paper copies such as chamber copies, should the need arise.

12. I understand that I must regularly review the docket report of my case so that I do not miss a filing.

13. I realize that if I am denied permission to e-file, but am granted e-notification, that I most likely will no longer receive hard copies from opposing counsel.

14. I understand that if my use of the ECF system is unsatisfactory my e-filing privileges will be revoked, and I will be required to file documents in paper form

Respectfully submitted, this 10th day of April, 2018,

By: _____
Cynthia Perdum, Plaintiff
5100 King Arthur Lane,
Ellenwood, GA 30294

cynthia.perdum@yahoo.com

## CERTIFICATE OF COMPLIANCE AND SERVICE

Pursuant to L.R. 7.1 D., I hereby Certify, that the foregoing has been prepared using 14 point, Times New Roman font, a selection approved by the court in L.R. 5.1C.

Cynthia Perdum

I further hereby Certify, that I have, this 20th day of December, 2017 served a true and correct copy of the foregoing *Plaintiff's Motion for Permission for Eelctronic Case Filing, or in the Altrenative, to At Least Receive Electronic Notification and Service of Documents Filed*, upon defendants, through their attorneys of file through USPS First Class mail, postage paid and addressed as follows:

Dylan Howard and Betsy N. Burns
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC- Atl
3414 Peachtree Road, N.E.
Suite 1600, Monarch Plaza
Atlanta, GA 30326

Cynthia Perdum