FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 13 2018

JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA PERDUM,<br>Plaintiff<br>vs.<br>WELLS FARGO HOME MORTGAGE;<br>et., al.,<br>Defendants | CIVIL ACTION FILE<br>No. 1:17-cv-00972-SCJ-JCF |

PLAINTIFF'S NOTICE TO THE COURT

COMES NOW, Plaintiff, Cynthia Perdum, who respectfully files *Plaintiff's Notice to the Court,* and shows the following:

Plaintiff downloaded the Docket Report from Pacer on 11/06/2018, and saw that there had been a 5.4 Certificate from opposing counsel filed that same day. Plaintiff downloaded the 5.4 Certificate, which states that on November 2, 2018, he did "serve a copy of the following via United States First Class Mail: **Defendant Wells Fargo Home Mortgage's Notice of Deposition of Cynthia D. Perdum…**"

Today is 11/09/2018. Plaintiff has not received the Notice of Deposition through the mail. Plaintiff is not amused in the least. Plaintiff previously had brought to the Court's attention that she was not receiving documents filed, in a timely manner by mail, but there is no way that the Notice was sent to Plaintiff.

1

Even had it not been mailed until the 6th, Plaintiff would have received it by now.

Plaintiff will shortly be filing for a protective Order concerning the deposition. Plaintiff was waiting for the Notice to arrive, as Plaintiff has not idea the date and time the deposition is set for.

Respectfully submitted, this 9th day of November, 2018

*(signature)*

Cynthia Perdum
5100 King Arthur Lane,
Ellenwood, GA 30294

## CERTIFICATE OF SERVICE

I Certify, that I have this day served upon defendants, through their attorney on file, a true and correct copy of the foregoing, by mail deposited wit USPS, this 9th day of November, 2018.

*(signature)*

Cynthia Perdum