FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 16 2019

JAMES N. HATTEN, Clerk
By: 
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CYNTHIA PERDUM,

Plaintiff

vs.

WELLS FARGO HOME
MORTGAGE; et., al.,

Defendants

CIVIL ACTION FILE

No. 1:17-cv-00972-SCJ-JCF

CONFERENCE IS REQUESTED

---

## PLAINTIFF'S NOTICE TO THE COURT

COMES NOW, Plaintiff, Cynthia Perdum, who respectfully files ***Plaintiff's Notice to the Court,*** and shows the Court the following:

On July 12, 2019, the Court issued as Order [Doc.112], which goes over the Final Report and Recommendation of Honorable J. Clay Fuller, United States Magistrate [Doc,112,p.1]. "In the R& R, Judge King recommended that Defendant's Motion for Summary Judgment (Doc. No.[90]) be denied." [Id].

Honorable Judge Jones stated "In conclusion, after review in accordance with the above-stated standard, the June 10, 2019 Final Report and Recommendation (Doc. No. [102]) is ADOPTED as the Order of the Court. Defendant's objections (Doc. No. [104]) are OVERRULED (Doc. No. [112].p.3).

The Court further stated: "Plaintiff's Leave of Absence for Work (Doc. No. [107]) is DENIED; however, under the principals of liberal construction of *pro se* filings, to the extent that *pro se* Plaintiff is requesting a stay of deadlines until after her summer work concludes, the Court will permit the parties to file their joint proposed pretrial order on or before September 16, 2019" [Doc. No. [112], p.4).

Defendant has a long history in this case of not responding or cooperating to Plaintiff's requests when it involved discovery and ignored the Courts Orders. Plaintiff has not been able to coordinate with Defendant's counsel nor has Defendant's Counsel sent over their portion to satisfy the Order [Doc. No. [112], p.4). Plaintiffs email address, phone number and mailing address has not changed and rather than risk not timely filing the Proposed Pretrial Order, Plaintiff has filled out what she could fill out, without input from Defendant's counsel.

Plaintiff prays that the Court will accept her Pretrial Order, and will schedule the Pretrial Conference.

Respectfully submitted, this 16th day of September, 2019,

Cynthia Perdum
P. O. Box 361797
Decatur, GA  30036

<u>CERTIFICATE OF COMPLIANCE AND OF SERVICE</u>

Pursuant to L.R. 7.1 D., I hereby Certify, that the foregoing has been prepared using 14 point, Times New Roman font, a selection approved by the court in L.R. 5.1C.

Cynthia Perdum

I hereby Certify, that I have, this 16th day of September, 2019, served a true and correct copy of the foregoing *Notice* upon defendants, through their attorney on file, by depositing with USPS, First Class Mail, proper postage affixed and addressed as follows:

Dylan W. Howard
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC –Atl
3414 Peachtree Rd., N.E.
Suite 1600, Monarch Plaza
Atlanta, GA  30326

Cynthia Perdum