UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA D. PERDUM,<br><br>     Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE; SHAPIRO PENDERGAST & HASTY, LLP, NATIONWIDE TITLE CLEARING, INC.; AND US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>     Defendants. | Civil Action File No.:<br>1:17-cv-00972-SCJ-JCF |

## ORDER ALLOWING ADMITTANCE OF ELECTRONIC DEVICES

Certain parties in the above-styled civil action will appear before the Honorable Linda T. Walker on October 22, 2019, to mediate certain disputes therein. Accordingly, it is

ORDERED that Wells Fargo's representative, Brock S. Wiggins, shall be allowed to bring with him into the courthouse on October 22, 2019, electronic devices such as a telephone, iPad or computer notwithstanding the fact that any such devices may have a camera built into them or any rule stating otherwise.

1

SO ORDERED this 21st day of October, 2019.

_____
The Honorable Linda T. Walker
Magistrate Court Judge