# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-00972-SCJ
## Perdum v. Wells Fargo Home Mortgage
## Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 10/22/2019.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:30 P.M.        TAPE NUMBER: FTRGOLD
TIME IN COURT: 4:30                    DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Dylan Howard representing Wells Fargo Home Mortgage |
| OTHER(S) PRESENT: | Cynthia Perdum, Plaintiff<br>Brock Williams, Corporate Representative |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Parties appeared before the court for mediation but were unable to amicably resolve their issues. |